UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY RAY WATKINS, | **ORDER ON APPLICATION** |
| Plaintiff, | **TO PROCEED WITHOUT** |
| | **PREPAYMENT OF FEES** |
| V. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | CASE NUMBER: 1:17-CV-00042-EPG |

Having considered the application to proceed without prepayment of fees under 28 USC § 1915;

IT IS ORDERED that the application is:

[X]   GRANTED

[X]   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a
copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All
costs of service shall be advanced by the United States.

[ ]   DENIED, for the following reasons:

ENTERED: January 13, 2017

/s/ Erica P. Grosjean
United States Magistrate Judge Erica P. Grosjean