PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
GERALYN GULSETH, CSBN 160872
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    160 Spear St Ste 800
    San Francisco, CA 94105
    Telephone: (415) 977-8923
    Facsimile: (415) 744-0134
    E-mail: geralyn.gulseth@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY RAY WATKINS, | ) Case No. 1:17-00042-EPG |
| | ) |
| Plaintiff-Appellant, | ) ORDER GRANTING MOTION FOR AN |
| | ) EXTENSION OF TIME |
| vs. | ) FOR DEFENDANT-RESPONDENT TO |
| | ) FILE HER RESPONSIVE BRIEF |
| | ) |
| NANCY A. BERRYHILL, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant-Respondent. | ) |

    Based on Defendant-Respondent's motion for an extension of time, and good cause appearing, the Court grants an extension for Defendant-Respondent to file her responsive brief by December 6, 2017.

IT IS SO ORDERED.

Dated:   **November 6, 2017**        /s/ Erica P. Grosjean

                                  UNITED STATES MAGISTRATE JUDGE