PHILIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
GERALYN A. GULSETH
Special Assistant United States Attorney

    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: 415-977-8923
    Facsimile: 415-977-8809
    E-mail: Geralyn.Gulseth@ssa.gov

Attorneys for DEFENDANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DANNY RAY WATKINS,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>   Acting Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 1:17-0042-EPG<br><br>**STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND ENTRY OF JUDGMENT** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that, Nancy A. Berryhill, Acting Commissioner of Social Security (Defendant or the Commissioner) has agreed to voluntarily remand this case for further administrative proceedings, pursuant to sentence four of 42 U.S.C. section 405(g).

Upon remand, the Appeals Council will instruct the Administrative Law Judge to further evaluate Plaintiff's mental impairments, reconsider the opinion evidence, further evaluate Plaintiff's residual functional capacity, and if warranted, obtain vocational expert evidence. The ALJ shall give Plaintiff the opportunity for a hearing, consider additional evidence submitted to the Appeals Council, take any action necessary to complete the administrative record, and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the Commissioner's final decision.

Respectfully submitted,

Dated:  November 30, 2017  By:  /s/ *Young Cho*
                                 YOUNG CHO
                                 (*As authorized by e-mail on November 30, 2017)
                                 Attorney for Plaintiff

Dated:  November 30, 2017   PHILLIP TALBERT
                            United States Attorney
                            DEBORAH LEE STACHEL
                            Regional Chief Counsel, Region IX
                            Social Security Administration

                            By:  /s/ *Geralyn Gulseth*
                                 GERALYN GULSETH
                                 Special Assistant United States Attorney
                                 Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation, this case is voluntarily remanded this case for further administrative proceedings, pursuant to sentence four of 42 U.S.C. section 405(g).

Upon remand, the Appeals Council will instruct the Administrative Law Judge to further evaluate Plaintiff's mental impairments, reconsider the opinion evidence, further evaluate Plaintiff's residual functional capacity, and if warranted, obtain vocational expert evidence. The ALJ shall give Plaintiff the opportunity for a hearing, consider additional evidence submitted to the Appeals Council, take any action necessary to complete the administrative record, and issue a new decision.

The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the Commissioner's final decision, and close this case.

IT IS SO ORDERED.

Dated: __December 6, 2017__         /s/ Erin P. Grosjean
UNITED STATES MAGISTRATE JUDGE